RECEIVED
IN LAKE CHARLES, LA

SEP 14 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| CURTIS CHELEY | CIVIL ACTION NO. 06-508-LC |
| VERSUS | SECTION "P" |
| THE 14TH JUDICIAL DISTRICT COURT, ET AL | JUDGE TRIMBLE |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that petitioner's petition for writ of *habeas corpus* be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED, in chambers, in Lake Charles, Louisiana, on this the 14th day of September, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE